UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: DEBBIE ALICE THOMPSON,**<br>Appellant. | Case No. 4:21-cv-05021-YGR<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL** |

**TO APPELLANT DEBBIE ALICE THOMPSON:**

You are hereby **ORDERED TO SHOW CAUSE** why this action should not be dismissed for failure to prosecute and to follow the Federal Rules of Bankruptcy Procedure ("FRBP") and this Court's order setting forth appellant's obligations at Docket Number 2.

Pro se appellant filed the following bankruptcy appeal on June 29, 2021. The bankruptcy record on appeal was received on August 20, 2021. To date, appellant has not filed her opening brief pursuant to FRBP 8014 and 8018 which was due 30 days after the record was perfected. Pursuant to FRBP 8018(a)(4), the Court may dismiss this appeal after notice due to appellant's failure to file an opening brief.

Appellant shall file her opening brief on or before January 28, 2022 with a statement explaining why it was untimely. Should appellant fail to comply with this order, the Court will dismiss this case for failure to prosecute.

**IT IS SO ORDERED.**

Dated: January 11, 2022

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**