UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: DEBBIE ALICE THOMPSON,

Appellant.

Case No. 4:21-cv-05021-YGR

**ORDER OF DISMISSAL**

Appellant initiated this bankruptcy appeal on June 29, 2021. On July 16, 2021, this Court directed the appellant to perfect the record, notified of her obligations on appeal, and advised her to consult with the legal help desk as necessary. (Dkt. No. 3.) Since appellant never filed an opening brief, the Court issued an order to show cause on January 11, 2022. (Dkt. No. 8.) Appellant was given until January 28, 2022, to file her opening brief and was warned that failure to file an opening brief may result in dismissal of her appeal. (*Id*.) No response has been filed. Based on the foregoing, the case is dismissed for failure to prosecute. The Clerk is **DIRECTED** to close the case.

**IT IS SO ORDERED.**

Dated: February 7, 2022

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE